## Albina Rigotti, Appellant, v. Gordon R. Bailey, Appellee.

**Gen. No. 10,632.**

Clifford A. Pedderson, for appellant; Maynard & Maynard, for appellee. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed December 30, 1952; released for publication January 16, 1953.